PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BITDEFENDER INC., a Florida Corporation, and BITDEFENDER S.R. L., a Romanian Corporation,<br><br>　　　　Defendants. | Case No.:  5:17-cv-4790<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Finjan, Inc. is a wholly owned subsidiary of Finjan Holdings, Inc.  Additionally, CybeRisk Security Solutions, Ltd. and Finjan Mobile, Inc. are also wholly owned subsidiaries of Finjan Holdings, Inc.  No other entities have a financial interest in the subject matter in controversy in Finjan, Inc., or a non-financial interest in the subject matter of Finjan, Inc. that could be substantially affected by the outcome of this proceeding.

Respectfully submitted,

Dated:  August 16, 2017        By:    */s/ Paul J. Andre*
Paul J. Andre (State Bar No. 196585)
Lisa Kobialka (State Bar No. 191404)
James Hannah (State Bar No. 237978)
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.

1

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS              CASE NO. 5:17-CV-4790