PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, | Case No.:  4:17-cv-4790-HSG |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| BITDEFENDER INC., a Florida Corporation, and BITDEFENDER S.R.L., a Romanian Corporation, | |
| Defendants. | |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:17-cv-04790-DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  BITDEFENDER, INC., a Florida Corporation

was received by me on *(date)*  10/03/2017  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Lorraine Carter, Agent Authorized to Accept  , who is designated by law to accept service of process on behalf of *(name of organization)*  Bitdefender,Inc. c/o Corporate Creative Networks,1430 Truxton Ave.,5th Fl,Bakersfield,CA  on *(date)*  10/03/2017  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/04/2017

Server's signature

Chad Barger, Reg. No. 480, Kern Co.
*Printed name and title*

c/o Western Attorney Services
75 Columbia Sq.
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:
Complete service info:
Service made to Lorraine Carter, (WM, 40s, 5'7", 140lbs, black hair) Authorized Agent, c/o Corporate Creative Networks, Inc., 1430 Truxton Ave., 5th Fl., Bakersfield, CA 93301, at 1:20 PM on Oct. 3, 2017.

SEE ATTACHED FOR COMPLETE LIST OF DOCUMENTS SERVED

## ATTACHED LIST OF DOCUMENTS TO SUMMONS

Finjan, Inc.
v.
BitDefender, Inc.

USDC Northern District California Oakland

Case No. 4:17-cv-04790-HSG

1. 2017-08-18 Summons Issued
2. Civil Cover Sheet
3. Complaint with Exhibits 1-20
4. Finjan Certificate of Interested Entities
5. Order Setting Initial Case Management Conference Deadlines
6. Notice of Case Assignment
7. Consent or Declination to Magistrate Judge Jurisdiction
8. Notice of a Lawsuit and Request to Waive Service of Summons
9. Waiver of the Service of Summons
10. Filing Procedures (Oakland)
11. ECF Registration Information
12. ECF Guide to E-Filing New Civil Cases
13. Standing Order All Judges of the ND Cal. Contents of Joint Case Management Statement
14. Civil Pretrial and Trial Standing Order for Cases Before District Judge Haywood S. Gilliam, Jr.
15. Standing Order for Civil Cases Before District Judge Haywood S. Gilliam, Jr.
16. Consent or Declination to Magistrate Judge Jurisdiction
17. Order Reassigning Case
18. Standing Order for Patent Cases Before District Judge Haywood Gilliam, Jr.
19. Joint Case Management Statement & [Proposed] Order
20. Notice of Need for Mediation (ADA Access Cases)
21. Notice of Availability of Magistrate Judge
22. ADR Dispute Resolution Procedures in Northern District of California
23. Notice of Settlement Conference and Settlement Conference Order
24. Notice of Need for ADR Phone Conference
25. ADR Certification by Parties & Counsel
26. Stipulation and [Proposed] Order Selecting ADR Process
27. USDC ND Cal. Consenting to the Jurisdiction of a Magistrate Judge
28. Notice of Assignment of Case to a U.S. Magistrate Judge for Trial