UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINJAN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BITDEFENDER INC., <br> BITDEFENDER S.R.L. <br><br> Defendants. | Case No. 4:17-cv-04790-HSG <br><br> **ORDER RE JOINT STIPULATION REQUESTING EXTENSION OF DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL** |

**<u>ORDER</u>**

Defendant Bitdefender Inc. has filed a Stipulated Request for Order Changing Time to File Responsive Pleading. The Court finds that the Motion should be GRANTED.

PURSUANT TO STIPULATION, IT IS SO ORDERED that the date by which Defendant Bitdefender Inc. shall answer, plead, or otherwise respond to this action is extended until November 23, 2017.

Dated: October 25, 2017

_____
UNITED STATES DISTRICT COURT JUDGE

1
ORDER RE JOINT STIPULATION TO EXTEND TIME
Case No. 4:17-cv-04790-HSG

5402435v1/015723