PAUL ANDRE (SBN 196585)
pandre@kramerlevin.com
LISA KOBIALKA (SBN 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (SBN 237978)
jhannah@kramerlevin.com
AUSTIN MANES (SBN 284065)
amanes@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

Attorneys for Plaintiff
FINJAN, INC.

OLEG ELKHUNOVICH (SBN 269238)
oelkhunovic@susmangodfrey.com
KALPANA SRINVASAN (SBN 237460)
ksreinvasan@susmangodfrey.com
MICHAEL B. ADAMSON *(pro hac vice)*
madamson@susmangodfrey.com
SUSMAN GODFREY LLP
1901 Avenue of the Stars, #950
Los Angeles, CA 90067
Tel: (310) 789-3100
Facsimile: (310) 789-3150

Ian B. Crosby *(pro hac vice)*
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA  98101-3000
Tel.: (206) 516-3800
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com

Attorneys for Defendant,
BITDEFENDER INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>BITDEFENDER INC., a Florida Corporation, and BITDEFENDER S.R.L., a Romanian Corporation,<br><br>　　　　　Defendants. | Case No.: 4:17-cv-4790-HSG<br><br>**STIPULATION AND ORDER EXTENDING THE TIME TO ENTER A PROTECTIVE ORDER AND AN ORDER REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION** |

STIP. AND ORDER EXTENDING TIME    Case No.: 4:17-cv-4790-HSG
TO FILE A PROTECTIVE ORDER AND ESI ORDER

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, and the Court's Standing Order for Civil |
| 2 | Cases regarding discovery disputes, Plaintiff Finjan, Inc. ("Finjan") and Defendant Bitdefender, |
| 3 | Inc. ("Bitdefender") (collectively, the "Parties") submit this Stipulation and [Proposed] Order |
| 4 | Extending the Time to Enter a Protective Order and an Order Regarding Discovery of |
| 5 | Electronically Stored Information ("ESI"). |
| 6 | WHEREAS, on November 14, 2017, the Parties filed their Joint Case Management |
| 7 | Conference Statement with the Court at Dkt. No. 23, wherein the Parties agreed to enter a |
| 8 | stipulated Protective Order and ESI Order no later than December 15, 2017; |
| 9 | WHEREAS, the Court issued a Scheduling Order on November 27, 2017 at Dkt. 27, which |
| 10 | sets the deadline for the Parties to submit a Protective Order and ESI Order on December 15, 2017; |
| 11 | WHEREAS, on December 7, 2017, Finjan sent Bitdefender a proposed Protective Order |
| 12 | and a proposed ESI Order; |
| 13 | WHEREAS, on December 14, 2017, Bitdefender sent Finjan proposed edits to the draft |
| 14 | Protective Order and ESI Order; |
| 15 | WHEREAS, on December 14, 2017, the Parties met and conferred on the differences |
| 16 | between their proposed Protective Orders and ESI Orders, but could not come to a compromise; |
| 17 | WHEREAS, the Parties believe they are at an impasse and seek to submit this dispute to the |
| 18 | Court by joint letter-brief, pursuant to the Court's standing order on discovery disputes; |
| 19 | WHEREAS, the Parties have agreed to submit a joint letter-brief on this topic no later than |
| 20 | December 22, 2017, at 5:00 p.m. pacific standard time; |
| 21 | WHEREAS, in order to allow the Parties time to submit a joint letter-brief, and the Court |
| 22 | time to review the letter-brief and issue a ruling, the Parties have agreed to extend the deadline to |
| 23 | submit a stipulated Protective Order and ESI Order until such time as the Court may rule on the |
| 24 | Parties' December 22, 2017 joint letter-brief; |
| 25 | WHEREAS, the requested change does not otherwise affect the case schedule. |
| 26 | |
| 27 | |
| 28 | |

1

1    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among
2    counsel for Finjan and counsel for Bitdefender that the deadline to submit the Parties' joint letter-
3    brief regarding competing proposals for the Protective Order and ESI Order is December 22, 2017,
4    at 5:00 p.m. pacific standard time. THE PARTIES FURTHER STIPULATE AND AGREE that the
5    deadline to submit a Protective Order and ESI Order in this action is extended until such time as the
6    Court may rule on the Parties' December 22, 2017 joint letter-brief.

Respectfully submitted,

DATED: December 15, 2017         By: */s/Austin Manes*
                                 Paul Andre (SBN 196585)
                                 Lisa Kobialka (SBN 191404)
                                 James Hannah (SBN 237978)
                                 Austin Manes (SBN 284065)
                                 KRAMER LEVIN NAFTALIS
                                   & FRANKEL LLP
                                 990 Marsh Road
                                 Menlo Park, CA 94025
                                 Telephone: (650) 752-1700
                                 Facsimile: (650) 752-1800
                                 pandre@kramerlevin.com
                                 lkobialka@kramerlevin.com
                                 jhannah@kramerlevin.com
                                 amanes@kramerlevin.com

                                 Attorneys for Plaintiff
                                 FINJAN, INC.


                                 Respectfully submitted,

DATED: December 15, 2017         By: */s/Oleg Elkhunovich*
                                 Oleg Elkhunovich (SBN 269238)
                                 Kalpana Srinvasan (SBN 237460)
                                 Michael B. Adamson *(pro hac vice)*
                                 SUSMAN GODFREY LLP
                                 1901 Avenue of the Stars, #950
                                 Los Angeles, CA 90067
                                 Tel: (310) 789-3100
                                 Facsimile: (310) 789-3150
                                 oelkhunovic@susmangodfrey.com
                                 ksreinvasan@susmangodfrey.com
                                 madamson@susmangodfrey.com


                                 Ian B. Crosby *(pro hac vice)*
                                 SUSMAN GODFREY LLP
                                 1201 Third Avenue, Suite 3800

| | |
|---|---|
| 1 | Seattle, WA 98101-3000<br>Telephone: (206) 516-3800 |
| 2 | Facsimile: (206) 516-3883<br>icrosby@susmangodfrey.com |
| 3 | |
| 4 | Attorneys for Defendant,<br>BITDEFENDER INC. |

## **ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Austin Manes*
Austin Manes

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the Parties' Stipulation, it is hereby ordered that the Parties shall submit a joint |
| 3 | letter-brief regarding competing proposals for the Protective Order and ESI Order no later than |
| 4 | December 22, 2017, at 5:00 p.m. pacific standard time. It is further ordered that the deadline to |
| 5 | submit a Protective Order and ESI Order in this action is extended until such time as the Court may |
| 6 | rule on the Parties' December 22, 2017 joint letter-brief. |

IT IS SO ORDERED

Dated: December 15, 2017

HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge