UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINJAN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BITDEFENDER INC., BITDEFENDER S.R.L. <br><br> Defendants. | Case No. 4:17-cv-04790-HSG <br><br> **ORDER GRANTING JOINT STIPULATION REGARDING MEDIATION** |

## **ORDER**

Having considered the parties' Joint Stipulation Regarding Mediation, the Stipulation is GRANTED. The deadline for the parties to hold a mediation session shall be extended to February 9, 2018.

IT IS SO ORDERED.

Dated: December 27, 2017

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE