# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BITDEFENDER INC.,<br>BITDEFENDER S.R.L.<br><br>Defendants. | Case No. 4:17-cv-04790-HSG<br><br>**ORDER GRANTING<br>JOINT STIPULATION REGARDING<br>THE LITIGATION SCHEDULE** |

## **ORDER**

Having considered the parties' Joint Stipulation Regarding the Litigation Schedule, the Court finds good cause to amend the schedule as stipulated by the parties. Accordingly, the Stipulation is GRANTED. The litigation schedule shall proceed as follows:

| **Litigation Event** | **Deadline** |
|---|---|
| Invalidity Contentions and accompanying document production (Pat. L.R. 3-1, 3-2) | February 2, 2018 |
| Exchange of Proposed Terms for Construction (Pat. L.R. 4-1) | February 16, 2018 |
| Last day to join parties or amend the pleadings without leave of the Court | March 1, 2018 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Pat. L.R. 4-2) | March 9, 2018 |
| Damages Contentions (Pat. L.R. 3-8) | March 26, 2018 |

| Joint Claim Construction and Prehearing Statement (Pat. L.R. 4-3) | April 5, 2018 |
| --- | --- |
| Completion of Claim Construction Discovery (Pat. L.R. 4-4) | April 23, 2018 |
| Responsive Damages Contentions (Pat. L.R. 3-9) | April 25, 2018 |
| Opening Claim Construction Brief (Pat. L.R. 4-5(a)) | May 4, 2018 |
| Responsive Claim Construction Brief (Pat. L.R. 4-5(b)) | May 18, 2018 |
| Reply Claim Construction Brief (Pat L.R. 4-5(c)) | May 25, 2018 |
| Claim Construction Hearing (Pat. L.R. 4-6) | Wednesday, June 6, 2018 2:00 p.m. |

IT IS SO ORDERED.

Dated: January 5, 2018

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE