**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FINJAN, INC., | Case No. 4:17-cv-04790-HSG |
| Plaintiff, | **[PROPOSED] ORDER REGARDING MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO QUASH THE RETURN OF SERVICE OF SUMMONS** |
| vs. | |
| BITDEFENDER INC., BITDEFENDER S.R.L. | |
| Defendants. | |

## <u>ORDER</u>

Having considered the parties' stipulation, and finding good cause, the Court hereby GRANTS the following stipulated requests:

1. Bitdefender S.R.L.'s Motion to Dismiss or, in the Alternative, to Quash the Return of Service of Summons is withdrawn as moot;

2. The deadline for Bitdefender S.R.L. to file its responsive pleading is January 26, 2018;

3. All current scheduling order deadlines remain in place, with all such deadlines, including the deadline to submit invalidity contentions, applying to both Bitdefender S.R.L. and Bitdefender Inc., except that the deadline for Bitdefender S.R.L.'s production under Patent Local Rule 3-4 is March 22, 2018;

4. Finjan reserves the right to supplement its damages contentions under Patent Local Rule 3-8 based on Bitdefender S.R.L.'s production under Patent Local Rule 3-4;

5. Once the Protective Order and ESI Order are in place, those orders will apply to Bitdefender S.R.L. the same as they do to Bitdefender Inc.

IT IS SO ORDERED.

Dated: 1/12/2018

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER RE: MOTION TO DISMISS/QUASH
Case No. 4:17-cv-04790-HSG

5539126v1/015723