PAUL ANDRE (SBN 196585)
pandre@kramerlevin.com
LISA KOBIALKA (SBN 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (SBN 237978)
jhannah@kramerlevin.com
AUSTIN MANES (SBN 284065)
amanes@kramerlevin.com
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Attorneys for Plaintiff
FINJAN, INC.

OLEG ELKHUNOVICH (SBN 269238)
oelkhunovic@susmangodfrey.com
KALPANA SRINVASAN (SBN 237460)
ksreinvasan@susmangodfrey.com
MICHAEL B. ADAMSON *(pro hac vice)*
madamson@susmangodfrey.com
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Facsimile: (310) 789-3150

Ian B. Crosby *(pro hac vice)*
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel.: (206) 516-3800
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com

Attorneys for Defendant,
BITDEFENDER INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BITDEFENDER INC., a Florida Corporation, and BITDEFENDER S.R.L., a Romanian Corporation,<br><br>Defendants. | Case No.: 4:17-cv-4790-HSG (MEJ)<br><br>**STIPULATION AND ORDER EXTENDING FINJAN, INC.'S TIME TO RESPOND TO BITDEFENDER S.R.L'S ANSWER AND COUNTERCLAIMS** |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Finjan, Inc. ("Finjan") and Defendants Bitdefender Inc. and Bitdefender S.R.L. (together, "Defendants") (collectively, the "Parties") submit this Stipulation and [Proposed] Order extending Finjan's time to respond to Bitdefender S.R.L's Answer and Counterclaims (Dkt. No. 54), in order to avoid potentially unnecessary pleadings and motion practice.

WHEREAS, Finjan filed its Complaint on August 16, 2017 (Dkt. No. 1);

WHEREAS, Bitdefender Inc. filed its Answer on November 22, 2017 (Dkt. No. 25);

WHEREAS, Finjan filed a motion to strike portions of Bitdefender Inc.'s Answer on December 13, 2017 (Dkt. No. 33), which has been fully briefed and is set for hearing on March 8, 2018 (Dkt. No. 35);

WHEREAS, Bitdefender S.R.L. filed its Answer to Finjan's Complaint, with Counterclaims, on January 26, 2018 (Dkt. No. 54);

WHEREAS, Finjan's deadline to respond to Bitdefender S.R.L.'s Answer and Counterclaims (Dkt. No. 54) under Fed. R. Civ. Proc. 12 is February 16, 2018;

WHEREAS, Finjan believes that Bitdefender S.R.L.'s Answer is subject to some of the same deficiencies alleged in Finjan's motion to strike portions of Bitdefender Inc.'s Answer, which is currently set for hearing on March 8, 2018;

WHEREAS, in order to avoid duplicate pleadings and briefing, the Parties have agreed to extend Finjan's time to respond to Bitdefender S.R.L.'s Answer and Counterclaims (Dkt. No. 54) until two weeks after the Court issues an order resolving Finjan's motion to strike portions of Bitdefender Inc.'s Answer (Dkt. Nos. 25, 33), which is currently set for hearing on March 8, 2018 (Dkt. No. 35).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among counsel for Finjan and counsel for Defendants that Finjan's time to respond to Bitdefender S.R.L.'s Answer and Counterclaims shall be extended until two weeks after the Court issues an order resolving Finjan's motion to strike portions of Bitdefender Inc.'s Answer.

Respectfully submitted,

DATED: February 13, 2018    By: */s/ Austin Manes*
                                              Paul Andre (SBN 196585)
Lisa Kobialka (SBN 191404)
James Hannah (SBN 237978)
Austin Manes (SBN 284065)
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
amanes@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.

Respectfully submitted,

DATED: February 13, 2018    By: */s/ Oleg Elkhunovich*
      Oleg Elkhunovich (SBN 269238)
      Kalpana Srinvasan (SBN 237460)
      Michael B. Adamson (pro hac vice)
      SUSMAN GODFREY LLP
      1901 Avenue of the Stars, #950
      Los Angeles, CA 90067
      Tel: (310) 789-3100
      Facsimile: (310) 789-3150
      oelkhunovic@susmangodfrey.com
      ksreinvasan@susmangodfrey.com
      madamson@susmangodfrey.com


      Ian B. Crosby (pro hac vice)
      SUSMAN GODFREY LLP
      1201 Third Avenue, Suite 3800
      Seattle, WA 98101-3000
      Telephone: (206) 516-3800
      Facsimile: (206) 516-3883
      icrosby@susmangodfrey.com

      Attorneys for Defendant,
      BITDEFENDER INC.

## ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Austin Manes*
Austin Manes

# ORDER

Pursuant to the Parties' Stipulation, it is hereby ordered that the time for Finjan to respond to Bitdefender S.R.L.'s Answer and Counterclaims is extended until two weeks after the Court issues an order resolving Finjan's motion to strike portions of Bitdefender Inc.'s Answer.

IT IS SO ORDERED.

Dated: March 1, 2018

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM JR.
United States District Court Judge