PAUL ANDRE (SBN 196585)
pandre@kramerlevin.com
LISA KOBIALKA (SBN 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (SBN 237978)
jhannah@kramerlevin.com
AUSTIN MANES (SBN 284065)
amanes@kramerlevin.com
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Attorneys for Plaintiff
FINJAN, INC.

OLEG ELKHUNOVICH (SBN 269238)
oelkhunovic@susmangodfrey.com
KALPANA SRINVASAN (SBN 237460)
ksreinvasan@susmangodfrey.com
MICHAEL B. ADAMSON *(pro hac vice)*
madamson@susmangodfrey.com
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Facsimile: (310) 789-3150

Ian B. Crosby *(pro hac vice)*
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel.: (206) 516-3800
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com

Attorneys for Defendant,
BITDEFENDER INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BITDEFENDER INC., a Florida Corporation, and BITDEFENDER S.R.L., a Romanian Corporation,<br><br>Defendants. | Case No.: 4:17-cv-4790-HSG (MEJ)<br><br>**STIPULATION AND ORDER FURTHER EXTENDING FINJAN, INC.'S TIME TO RESPOND TO BITDEFENDER S.R.L'S ANSWER AND COUNTERCLAIMS** |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Finjan, Inc. ("Finjan") and Defendants Bitdefender Inc. and Bitdefender S.R.L. ("Bitdefender SRL") (together, "Defendants") (collectively, the "Parties") submit this Stipulation and [Proposed] Order further extending Finjan's time to respond to Bitdefender S.R.L's Answer and Counterclaims (Dkt. No. 54) ("Answer"), in order to avoid potentially unnecessary pleadings and motion practice.

WHEREAS, Finjan filed its Complaint on August 16, 2017 (Dkt. No. 1);

WHEREAS, Bitdefender Inc. filed its Answer on November 22, 2017 (Dkt. No. 25);

WHEREAS, Finjan filed a motion to strike portions of Bitdefender Inc.'s Answer on December 13, 2017 (Dkt. No. 33);

WHEREAS, SRL filed its Answer to Finjan's Complaint on January 26, 2018 (Dkt. No. 54);

WHEREAS, in order to avoid duplicate motions, the Parties stipulated (Dkt. No. 57) to extend the time for Finjan to respond to Bitdefender SRL's Answer until two weeks after the Court had ruled on Finjan's motion to strike portions of Bitdefender Inc.'s Answer;

WHEREAS, the Court granted the Parties' stipulation on March 1, 2018 (Dkt. No. 63);

WHEREAS, the Court ruled on Finjan's motion to strike portions of Bitdefender Inc.'s Answer on April 17, 2018, granting it in part and denying it in part (Dkt. No. 72);

WHEREAS, in light of the Court's Order (Dkt. No. 72), Bitdefender Inc. has indicated that it intends to amend its Answer;

WHEREAS, in light of the Court's Order (Dkt. No. 72), Bitdefender SRL has also agreed to amend its Answer;

WHEREAS, Finjan's response to Bitdefender SRL's Answer is currently due on May 1, 2018 (see Dkt. Nos. 63 and 72);

WHEREAS, in order to avoid duplicate pleadings and briefing, the Parties have agreed that Bitdefender SRL will amend its Answer (Dkt. No. 54) by May 8, 2018 (the same deadline set by the Court for Bitdefender Inc. to amend its Answer (see Dkt. No. 72));

1

STIP. & ORDER EXTENDING FINJAN'S  CASE NO.: 17-cv-04790-HSG (MEJ)
TIME TO RESPOND TO BITDEFENDER S.R.L.'S ANSWER

WHEREAS, in order to avoid duplicate pleadings and briefing, the Parties have further agreed that Finjan's time to respond to both Bitdefender Inc.'s and Bitdefender SRL's Amended Answers shall be May 22, 2018;

WHEREAS, the requested change does not otherwise affect the case schedule.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among counsel for Finjan and counsel for Defendants that Bitdefender Inc. and Bitdefender SRL will both file Amended Answers no later than May 8, 2018. THE PARTIES FURTHER STIPULATE AND AGREE that the deadline for Finjan to respond to Bitdefender Inc.'s and Bitdefender SRL's Amended Answers shall be May 22, 2018.

///

///

///

Respectfully submitted,

DATED: April 27, 2018

By: */s/ Austin Manes*
Paul Andre (SBN 196585)
Lisa Kobialka (SBN 191404)
James Hannah (SBN 237978)
Austin Manes (SBN 284065)
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
amanes@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.

Respectfully submitted,

DATED: April 27, 2018

By: */s/ Oleg Elkhunovich*
Oleg Elkhunovich (SBN 269238)
Kalpana Srinvasan (SBN 237460)
Michael B. Adamson (pro hac vice)
SUSMAN GODFREY LLP
1901 Avenue of the Stars, #950
Los Angeles, CA 90067
Tel: (310) 789-3100
Facsimile: (310) 789-3150
oelkhunovic@susmangodfrey.com
ksreinvasan@susmangodfrey.com
madamson@susmangodfrey.com

Ian B. Crosby (pro hac vice)
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3800
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com

*Attorneys for Defendants*,
BITDEFENDER INC. and
BITDEFENDER S.R.L.

## **ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                              */s/ Austin Manes*
                              Austin Manes

## **ORDER**

Pursuant to the Parties' Stipulation, it is hereby ordered that the deadline for Bitdefender Inc. and Bitdefender SRL to file Amended Answers shall be May 8, 2018. It is further ordered that the deadline for Finjan to respond to Bitdefender Inc.'s and Bitdefender SRL's Answers or Amended Answers, if any, shall be May 22, 2018.

IT IS SO ORDERED.

Dated: April 30, 2018

HON. HAYWOOD S. GILLIAM JR.
United States District Court Judge