# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FINJAN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BITDEFENDER INC., BITDEFENDER S.R.L. <br><br> Defendants. | Case No. 4:17-cv-04790-HSG <br><br> **ORDER REGARDING MOTION TO STAY** <br><br> Date: May 10, 2018 <br> Time: 1:00 p.m. <br> Courtroom: 2 <br> Judge: Hon. Haywood S. Gilliam, Jr. |

## ORDER

Having considered the parties' stipulation, and finding good cause, the Court hereby GRANTS the following stipulated requests:

1. Bitdefender Inc. and Bitdefender S.R.L.'s Motion to Stay is withdrawn as moot;
2. The corresponding hearing scheduled for May 10, 2018 at 1:00 p.m. is adjourned.

IT IS SO ORDERED.

Dated: May 9, 2018

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE