KALPANA SRINIVASAN (237460)
OLEG ELKHUNOVICH (269238)
MICHAEL ADAMSON (*Pro hac vice*)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150
ksrinivasan@susmangodfrey.com
oelkhunovich@susmangodfrey.com
madamson@susmangodfrey.com

IAN B. CROSBY (*Pro hac vice* forthcoming)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone:  (206) 516-3800
Facsimile:  (206) 516-3883
icrosby@susmangodfrey.com

Attorneys for Defendants
Bitdefender S.R.L. and Bitdefender Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BITDEFENDER INC., a Florida Corporation, and BITDEFENDER S.R.L., a Romanian Corporation,<br><br>Defendants. | Case No: 4:17-cv-04790-HSG<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE OF ORDER GRANTING IN PART EARLY MOTION FOR SUMMARY JUDGMENT ON '494 PATENT IN *FINJAN, INC. v. JUNIPER NETWORKS, INC.*** |

## BITDEFENDER'S REQUEST FOR JUDICIAL NOTICE

Bitdefender Inc. and Bitdefender S.R.L. (together, "Bitdefender") file this Request for Judicial Notice of an Order Granting In Part Early Motion for Summary Judgment on Finjan's Patent No. 8,677,494 ("the '494 patent") in *Finjan, Inc. v. Juniper Networks, Inc.*, No. C 17-05659 WHA (N.D. Cal.) (the "*Juniper* Order"). The *Juniper* Order, attached hereto as Exhibit A, was made publicly available on August 31, 2018. In granting in part summary judgment in connection with the '494 patent, which Finjan also asserted in this case, the Court construed several terms at issue before this Court. This Court held a claim construction hearing on various Finjan patents, including the '494 patent, on June 6, 2018.

For convenience of the Court, the terms at issue, constructions adopted by the *Juniper* court, and constructions proposed by Bitdefender and Finjan in this case are summarized in the following table:

| Patent (Claims) | Term from *Juniper* That Is Identical or Similar to Term at Issue in this Case | *Juniper* Court's Adopted Construction | Bitdefender's Proposed Construction | Finjan's Proposed Construction |
| --- | --- | --- | --- | --- |
| '494 (10, 11) | "database manager" | "a program or programs that control a database so that the information it contains can be stored, retrieved, updated and sorted" | "a program or programs that control a database so that the information it contains can be stored, retrieved, updated, and sorted" | No construction necessary—Plain and ordinary meaning. Plain and ordinary meaning of database manager is hardware and/or software that controls a database. |
| '494 (10) | "scanner" | "software that searches code to identify suspicious patterns or suspicious computer operations" | This phrase should be construed pursuant to 35 U.S.C. § 112(6) to cover the corresponding structure disclosed in the '494 patent, | No construction necessary—Plain and ordinary meaning |

| | | | | |
|---|---|---|---|---|
| | | | namely the code scanner referred to in the '194 patent at 5:36–57, 9:20–33, and Fig. 7, and equivalents<br><br>Alternatively, "a code scanner that uses parsing techniques to decompose code into constituent operations and identifies specified operations or patterns of operations" | |
| '494 (1,6, 10, 15) | "suspicious computer operations" | Not indefinite<br><br>"list of computer operations in a received Downloadable that are deemed hostile or potentially hostile" | Indefinite<br><br>Alternatively, "a subset of all possible computer operations that have been deemed suspicious prior to their inclusion in the list" | No construction necessary—Plain and ordinary meaning. Plain and ordinary meaning of "suspicious" is "hostile or potentially hostile" |

Judicial notice is warranted here given a contemporaneous order of the court construing the '494 patent. "[T]he Supreme Court has stressed the particular importance of intrajurisdictional uniformity in claim construction." *Finjan, Inc. v. Symantec Corp.*, No. 14-cv-01998-HSG, 2017 WL 550453, at *3 (citing *Markman v. Westview Instruments, Inc.*, 517 U.S. 370, 384 (1996)). The interest in uniformity would seem to weigh most heavily where, as here, a court in this District issues a claim construction order shortly before another is likely to be issued in the same jurisdiction with few if any intervening legal developments. *See Rambus v. Hynix Semiconductor Inc.*, 569 F. Supp. 2d 946, 965 (N.D. Cal. 2008) (surveying cases including one promoting "considerable deference . . . to . . . prior decisions unless overruled or undermined by subsequent

legal developments" (citing *Sears Petroleum & Transport Corp. v. Archer Daniels Midland Co.*, No. 5:03-CV-1120 (DEP), 2007 WL 2156251, at *8 (N.D.N.Y. July 24, 2007)).

For these reasons, Bitdefender requests judicial notice of the *Juniper* Order.

Dated: September 5, 2018

KALPANA SRINIVASAN
OLEG ELKHUNOVICH
MICHAEL ADAMSON
SUSMAN GODFREY L.L.P.

IAN B. CROSBY
SUSMAN GODFREY L.L.P.

By:  */s/ Michael Adamson*
Michael Adamson

*Attorneys for Defendants Bitdefender S.R.L. and Bitdefender Inc.*