UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br>　　　　Plaintiff,<br>　　v.<br>BITDEFENDER INC., et al.,<br>　　　　Defendants. | Case No. 17-cv-04790-HSG (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 116 |

The Court is in receipt of the parties' joint discovery letter concerning Interrogatory No. 2. ECF No. 116. The Court **ORDERS** Bitdefender to lodge the NDA with the Court no later than May 30, 2019. The Court sets a telephonic hearing on the letter brief for June 6, 2019 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: May 29, 2019

THOMAS S. HIXSON
United States Magistrate Judge