# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| FINJAN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BITDEFENDER INC., BITDEFENDER S.R.L. <br><br> Defendants. | Case No. 4:17-cv-04790-HSG <br><br> [PROPOSED] ORDER ALLOWING FOR DEPOSITIONS AFTER THE CLOSE OF FACT DISCOVERY |

## ORDER

Having considered the parties' stipulation, and finding good cause in support thereof, the Court hereby ORDERS the following:

- The parties are granted leave to conduct the depositions of Mr. Gruzman, Mr. Kroll, and Ms. Bey beyond the July 12, 2019 close of fact discovery; and
- The parties shall complete the depositions of Mr. Gruzman, Mr. Kroll, and Ms. Bey on or before the November 7, 2019 deadline for filing Dispositive / Daubert Motions.

IT IS SO ORDERED.

Dated: 7/16/2019

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE