PAUL J. ANDRE (SBN 196585)
pandre@kramerlevin.com
LISA KOBIALKA (SBN 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (SBN 237978)
jhannah@kramerlevin.com
AUSTIN MANES (SBN 284065)
amanes@kramerlevin.com
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

KALPANA SRINIVASAN (SBN 237460)
ksreinvasan@susmangodfrey.com
OLEG ELKHUNOVICH (SBN 269238)
oelkhunovich@susmangodfrey.com
GLENN BRIDGMAN (SBN 298134)
gbridgman@susmangodfrey.com
MICHAEL B. ADAMSON (SBN 321754)
madamson@susmangodfrey.com
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

IAN B. CROSBY (*Pro Hac Vice*)
icrosby@susmangodfrey.com
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3800
Facsimile: (206) 516-3883

*Attorneys for Defendants*
BITDEFENDER S.R.L. and
BITDEFENDER INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BITDEFENDER INC., a Florida Corporation, and BITDEFENDER S.R.L., a Romanian Corporation,<br><br>Defendants. | Case No.: 4:17-cv-04790-HSG<br><br>**PLAINTIFF FINJAN, INC.'S AND DEFENDANTS BITDEFENDER INC. AND BITDEFENDER S.R.L.'S STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO INTERROGATORY NO. 7 AND TO EXTEND DEADLINES FOR EXPERT REPORTS BY SEVEN DAYS** |

Pursuant to L.R. 7-12, Plaintiff Finjan, Inc. ("Finjan") and Defendants Bitdefender Inc. and Bitdefender S.R.L. (collectively, "Bitdefender") submit this Stipulation to Extend Defendants' Time to Respond to Interrogatory No. 7 past the deadline for fact discovery and Extend Deadlines for Expert Reports by one week.

WHEREAS, on May 21, 2019, Magistrate Judge Hixson ordered Finjan to respond to Bitdefender's Interrogatory No. 5 within 30 days, which concerned sources of proof for Finjan's infringement positions (Dkt. 114);

WHEREAS, on May 23, 2019, Bitdefender responded to Finjan's Interrogatory No. 7, which concerns sources of proof for Bitdefender's noninfringement positions, by stating that it will respond to Interrogatory No. 7 thirty days after receiving Finjan's answer to Interrogatory No. 5;

WHEREAS, on June 20, 2019, Finjan served its answer to Interrogatory No. 5;

WHEREAS, the parties continue to have a dispute concerning Finjan's response to Interrogatory No. 5 and are currently preparing a joint brief to the Magistrate Judge concerning this issue;

WHEREAS, the close of fact discovery in this case is July 12, 2019, the deadline to exchange opening expert reports is August 15, 2019, and the deadline to exchange rebuttal expert reports is September 12, 2019 (Dkt. 106);

WHEREAS, the parties agree that Bitdefender may serve its answer to Interrogatory No. 7 after the close of fact discovery, and no later than July 20, 2019;

WHEREAS, in order to accommodate the schedules of the parties and their experts, the parties additionally agree that the deadline to exchange opening expert reports shall be extended by seven (7) days to August 22, 2019 and the deadline to exchange rebuttal expert reports is extended to September 19, 2019;

WHEREAS, the requested extensions will have no other effect on the schedule in this case, other than as described above;

WHEREAS, the schedule in this case has previously been modified as follows: on December 15, 2017, the Court granted the parties stipulation to extend the time to enter Protective and ESI Orders (Dkt. 37); on December 27, 2017, the Court granted the parties stipulation to extend the mediation deadline (Dkt. 44); on January 1, 2018, the Court granted the parties stipulation regarding the litigation schedule

(Dkt. 50); on March 3, 2018, the Court granted the parties' stipulation to extend the time for Finjan to respond to Bitdefender S.R.L.'s Answer and Counterclaim (Dkt. 63);

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: July 12, 2019    By: */s/ Austin Manes*
Paul J. Andre (SBN 196585)
Lisa Kobialka (SBN 191404)
James Hannah (SBN 237978)
Austin Manes (SBN 284065)
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
amanes@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.

Respectfully submitted,

Dated: July 12, 2019    By: */s/ Michael Adamson*
Kalpana Srinivasan (SBN 237460)
Oleg Elkhunovich (SBN 269238)
Glenn Bridgman (SBN 298134)
Michael B. Adamson (SBN 321754)
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com
oelkhunovich@susmangodfrey.com
gbridgman@susmangodfrey.com
madamson@susmangodfrey.com

| | |
|---|---|
| 1 | Ian B. Crosby (*Pro Hac Vice*) |
| 2 | SUSMAN GODFREY LLP<br>1201 Third Avenue, Suite 3800 |
| 3 | Seattle, WA 98101-3000<br>Telephone: (206) 516-3800 |
| 4 | Facsimile: (206) 516-3883<br>icrosby@susmangodfrey.com |

Ian B. Crosby (*Pro Hac Vice*)
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3800
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com

Attorneys for Defendants
BITDEFENDER S.R.L. and BITDEFENDER INC.

## **ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                                                  */s/ Austin Manes*
                                                 Austin Manes

## ORDER

Having considered the parties' stipulation, and for good cause, the Court hereby ORDERS as follows:

Bitdefender shall serve its response to Interrogatory No. 7 no later than July 20, 2019; and

The deadline for exchanging opening expert reports is extended to August 22, 2019, and deadline for exchanging rebuttal expert reports is extended to September 19, 2019.

**IT IS SO ORDERED.**

Dated: July 16, 2019

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge