| | |
|---|---|
| PAUL J. ANDRE (SBN 196585)<br>pandre@kramerlevin.com<br>LISA KOBIALKA (SBN 191404)<br>lkobialka@kramerlevin.com<br>JAMES HANNAH (SBN 237978)<br>jhannah@kramerlevin.com<br>AUSTIN MANES (SBN 284065)<br>amanes@kramerlevin.com<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 752-1700<br>Facsimile: (650) 752-1800<br><br>*Attorneys for Plaintiff*<br>FINJAN, INC. | KALPANA SRINIVASAN (SBN 237460)<br>ksreinvasan@susmangodfrey.com<br>OLEG ELKHUNOVICH (SBN 269238)<br>oelkhunovich@susmangodfrey.com<br>GLENN BRIDGMAN (SBN 298134)<br>gbridgman@susmangodfrey.com<br>MICHAEL B. ADAMSON (SBN 321754)<br>madamson@susmangodfrey.com<br>SUSMAN GODFREY LLP<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br>Facsimile: (310) 789-3150<br><br>IAN B. CROSBY (*Pro Hac Vice*)<br>icrosby@susmangodfrey.com<br>SUSMAN GODFREY LLP<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101-3000<br>Tel.: (206) 516-3800<br>Facsimile: (206) 516-3883<br><br>Attorneys for Defendants,<br>BITDEFENDER S.R.L. and BITDEFENDER INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BITDEFENDER S.R.L. a Romanian Corporation and BITDEFENDER INC., a Florida Corporation,<br><br>    Defendants. | Case No.: 4:17-cv-04790-HSG<br><br>[~~PROPOSED~~] ORDER |

**[PROPOSED] ORDER**

Having considered the parties' stipulation, and for good cause, the Court hereby ORDERS as follows:

The deadline for exchanging rebuttal expert reports is extended to September 26, 2019, and the close of expert discovery is extended to October 17, 2019.

**IT IS SO ORDERED.**

Dated: 9/16/2019

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge