PAUL ANDRE (SBN 196585)
pandre@kramerlevin.com
LISA KOBIALKA (SBN 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (SBN 237978)
jhannah@kramerlevin.com
AUSTIN MANES (SBN 284065)
amanes@kramerlevin.com
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Attorneys for Plaintiff
FINJAN, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BITDEFENDER INC., a Florida Corporation, and BITDEFENDER S.R.L., a Romanian Corporation,<br><br>Defendants. | Case No.: 4:17-cv-4790-HSG<br><br>**ORDER DENYING PLAINTIFF FINJAN, INC.'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS FOR FINJAN'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE** |

# ORDER

Plaintiff Finjan, Inc.'s Administrative Motion to Exceed Page Limits for Finjan's upcoming Opposition to Defendants' Motion to Strike was brought before this Court. Upon consideration of all pleadings, papers, and argument submitted in support of and in opposition to the Motion, and good cause appearing therefor, the Court hereby DENIES Finjan's Motion to Exceed Page Limits.

**IT IS SO ORDERED.**

DATED: 11/15/2019

Hon. Judge Haywood S. Gilliam, Jr.
United States District Court Judge