KALPANA SRINIVASAN (237460)
OLEG ELKHUNOVICH (269238)
GLENN BRIDGMAN (298134)
MICHAEL ADAMSON (321754)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com
oelkhunovich@susmangodfrey.com
gbridgman@susmangodfrey.com
madamson@susmangodfrey.com

IAN B. CROSBY (*Pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3800
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com

*Attorneys for Defendants Bitdefender S.R.L. and Bitdefender Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> BITDEFENDER INC., a Florida Corporation, and BITDEFENDER S.R.L., a Romanian Corporation, <br><br> Defendants. | Case No: 4:17-cv-04790-HSG <br><br> **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE RE: ORDER DENYING FINJAN'S MOTION FOR RECONSIDERATION OF AN ORDER EXCLUDING THE OPINIONS OF FINJAN'S EXPERTS** |

## BITDEFENDER'S REQUEST FOR JUDICIAL NOTICE

Bitdefender Inc. and Bitdefender S.R.L. (together, "Bitdefender") file this Request for Judicial Notice of an Order denying Finjan's motion for reconsideration of an Order granting the exclusion of the opinions of two of its experts, Dr. Ricardo Valerdi and Dr. Eric Cole. That Order, attached hereto as Exhibit A, was issued by Judge Cathy Ann Bencivengo in the case of *Finjan, Inc. v. ESET, LLC*, No. 3:17-cv-0183-CAB-(BGS) (S.D. Cal.) on December 23, 2019. Finjan referenced the motion for reconsideration—which Judge Bencivengo denied in the attached Order—in its Opposition to Defendants Bitdefender Inc. and Bitdefender S.R.L.'s Motion to Exclude Expert Testimony of Russell L. Parr, and Supporting Expert Testimony of Nenad Medvidovic, Michael Mitzenmacher, and Ricardo Valerdi, which is currently pending before the Court. *See* Dkt. 194 at 24 n. 10.

Dated: December 23, 2019

KALPANA SRINIVASAN
OLEG ELKHUNOVICH
GLENN BRIDGMAN
MICHAEL ADAMSON
SUSMAN GODFREY L.L.P.

IAN B. CROSBY
SUSMAN GODFREY L.L.P.

By: */s/ Michael Adamson*
Michael Adamson

*Attorneys for Defendants Bitdefender S.R.L. and Bitdefender Inc.*