KALPANA SRINIVASAN (237460)
OLEG ELKHUNOVICH (269238)
GLENN BRIDGMAN (298134)
MICHAEL ADAMSON (321754)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com
oelkhunovich@susmangodfrey.com
gbridgman@susmangodfrey.com
madamson@susmangodfrey.com

IAN B. CROSBY (*Pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3800
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com

*Attorneys for Defendants Bitdefender S.R.L. and Bitdefender Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BITDEFENDER INC., a Florida Corporation, and BITDEFENDER S.R.L., a Romanian Corporation,<br><br>Defendants. | Case No: 4:17-cv-04790-HSG<br><br>**DECLARATION OF MICHAEL ADAMSON IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE RE: ORDER DENYING FINJAN'S MOTION FOR RECONSIDERATION OF AN ORDER EXCLUDING THE OPINIONS OF FINJAN'S EXPERTS** |

I, Michael Adamson, declare as follows:

1. I am an attorney in the law firm of Susman Godfrey L.L.P., and counsel for Bitdefender Inc. and Bitdefender S.R.L. (collectively, "Bitdefender"). I have personal knowledge of the facts set forth herein, and if called as a witness, would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Judge Cathy Ann Bencivengo's Order Denying Finjan's Motion for Reconsideration from *Finjan, Inc. v. ESET, LLC*, No. 3:17-cv-0183-CAB-(BGS) (S.D. Cal. Dec. 23, 2019).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 23, 2019 in Los Angeles, California.

                */s/ Michael Adamson*
                Michael Adamson